SULLIVAN, J., did not participate in the consideration or decision of this petition.

*Jennifer A. Osowiecki,* in support of the petition.

*Kenneth A. Votre* and *John-Henry M. Steele,* in opposition.

Decided October 25, 2000

---

ROSELYNN D. CONFORTI ET AL. *v.* DONALD B. CHRISTIE ET AL.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Eddi Z. Zyko,* in support of the petition.

*Anne Kelly Zovas,* in opposition.

Decided October 25, 2000

---

ROBERT LITTLEFIELD *v.* COMMISSIONER OF CORRECTION

*David B. Rozwaski,* special public defender, in support of the petition.

*James E. Ralls,* assistant state's attorney, in opposition.

Decided October 25, 2000

WILLIE J. FULLER, JR. *v.* COMMISSIONER OF CORRECTION

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Robert E. Byron,* special public defender, in support of the petition.

*Christopher T. Godialis,* assistant state's attorney, in opposition.

Decided October 25, 2000

STATE OF CONNECTICUT *v.* NEIL BROWN

The Supreme Court docket number is SC 16412.

*John B. Cantarella,* special public defender, in support of the petition.